# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE MCKEE ) | CASE NO. 2:11CR00025-001 |

## ORDER

Defendant George McKee has filed a Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) in light of U.S. Sentencing Commission change to Guidelines § 2G2.2(b)(3)(B). The motion appears to be premised on Amendment 801 to the United States Sentencing Guidelines. Amendment 801 was effective on November 1, 2016. This Amendment provides additional guidance to sentencing courts in determining whether to apply a child pornography distribution adjustment.

Amendments to the Guidelines may only be applied retroactively if they are listed at Section 1B1.10(d) of the United States Sentencing Guidelines Manual. Amendment 801 is not found within that list. As such, a reduction to Defendant's sentence under 18 U.S.C. § 3582(c)(2) is not authorized.

Defendant's Motion is **DENIED**.

**SO ORDERED**, this 22 day of December, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA