# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 211-025 |
| GEORGE MCKEE, | |
| Defendant. | |

### ORDER

Before the Court is Defendant George McKee's letter/motion for permission to renew his passport. Dkt. No. 84. Defendant is currently serving a twenty-year term of supervised release, one of the conditions of which is that he shall not leave the Southern District of Georgia without permission from the Court or United States Probation. See Dkt. No. 62 at 3.

After consideration by the Court, and the Government having filed no objection thereto, Defendant's motion for permission to renew his passport is **GRANTED**. However, to the extent Defendant moves the Court to travel internationally at this time, the motion is **DENIED**.

SO ORDERED, this 21 day of November, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA